# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**CAPE FEAR MULTIFAMILY, LLC,**

and

**ASTORIA ACQUISITION, LLC,**

    **Plaintiffs,**                            Case No: _____

vs.

**ASTORIA OWNER, LLC,**
**MOSHE WEINGARTEN, an individual,**
**VALOR RESIDENTIAL GROUP, LLC,**
**LANDMARK ABSTRACT AGENCY, LLC, and**
**JACOB REKANT,**

    **Defendants.**

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT ASTORIA OWNER, LLC

    **COMES NOW**, Defendant Astoria Owner, LLC, by and through undersigned counsel of record, pursuant to Fed. R. Civ. P. 7, and files this Corporate Disclosure Statement.

    Astoria Owner, LLC is a limited liability company organized under the laws of the State of Delaware. Each of Astoria Owner, LLC's individual members are citizens of the State of New York. No publicly held corporation owns ten percent (10%) or more of Astoria Owner, LLC.

DATED this 16th day of September 2022.

                                                      Respectfully submitted,

                                                      FRANKEL, RUBIN, KLEIN,
                                                      PAYNE & PUDLOWSKI, P.C.

*/s/ Mayer S. Klein*
MAYER S. KLEIN, #32605
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
T: (314) 725-8000
F: (314) 726-5837
mklein@frankelrubin.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*


**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane
    S. Joshua Kahane  (TN #23726)
                           (AR # 2021046)
                            (MS #102085)
                            (NJ # 371162021)
                            (NY #822883)
                            (TX #24094087)
                            (DC# 1742963)
*Missouri Pro Hac Vice Admission Forthcoming*
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

And

**GLANKLER BROWN, PLLC**

By: /s/Yosef E. Horowitz
    Yosef E. Horowitz  (TN #36353)
                            (NY #4201026)
*Missouri Pro Hac Vice Admission Forthcoming*
6000 Poplar Ave., Suite 400
Memphis, TN 38119

Phone: (901) 576-1758
Fax: (901) 525-2389
jhorowitz@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and email and/or United States Mail, postage prepaid:

Andrew Funk
Funk Law LLC
1600 Genessee Street, Suite 860
Kansas City, MO 64102
andrew@frlawkc.com
*Attorneys for Plaintiffs*

*/s/ Mayer S. Klein*
MAYER S. KLEIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**CAPE FEAR MULTIFAMILY, LLC,**

   and

**ASTORIA ACQUISITION, LLC,**

   Plaintiffs,

vs.

Case No: _____

**ASTORIA OWNER, LLC,**
**MOSHE WEINGARTEN, an individual,**
**VALOR RESIDENTIAL GROUP, LLC,**
**LANDMARK ABSTRACT AGENCY, LLC, and**
**JACOB REKANT,**

   Defendants.

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT VALOR RESIDENTIAL GROUP, LLC

**COMES NOW**, Defendant Valor Residential Group, LLC, by and through undersigned counsel of record, pursuant to Fed. R. Civ. P. 7, and files this Corporate Disclosure Statement.

Valor Residential Group, LLC is a limited liability company organized under the laws of the State of New York. Each of Valor Residential, LLC's individual members are citizens of the State of New York. No publicly held corporation owns ten percent (10%) or more of Valor Residential Group, LLC.

DATED this 16th day of September 2022.

                            Respectfully submitted,

                            FRANKEL, RUBIN, KLEIN,

PAYNE & PUDLOWSKI, P.C.

*/s/ Mayer S. Klein*
MAYER S. KLEIN, #32605
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
T: (314) 725-8000
F: (314) 726-5837
mklein@frankelrubin.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*


**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane
    S. Joshua Kahane  (TN #23726)
                         (AR # 2021046)
                         (MS #102085)
                         (NJ # 371162021)
                         (NY #822883)
                         (TX #24094087)
                         (DC# 1742963)
*Missouri Pro Hac Vice Admission Forthcoming*
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

And

**GLANKLER BROWN, PLLC**

By: /s/Yosef E. Horowitz
    Yosef E. Horowitz  (TN #36353)
                         (NY #4201026)
*Missouri Pro Hac Vice Admission Forthcoming*

6000 Poplar Ave., Suite 400
Memphis, TN  38119
Phone: (901) 576-1758
Fax: (901) 525-2389
jhorowitz@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and email and/or United States Mail, postage prepaid:

Andrew Funk
Funk Law LLC
1600 Genessee Street, Suite 860
Kansas City, MO 64102
andrew@frlawkc.com
*Attorneys for Plaintiffs*

/s/ *Mayer S. Klein*
MAYER S. KLEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**CAPE FEAR MULTIFAMILY, LLC,**

and

**ASTORIA ACQUISITION, LLC,**

    **Plaintiffs,**       Case No: _____

vs.

**ASTORIA OWNER, LLC,**
**MOSHE WEINGARTEN, an individual,**
**VALOR RESIDENTIAL GROUP, LLC,**
**LANDMARK ABSTRACT AGENCY, LLC, and**
**JACOB REKANT,**

    **Defendants.**

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LANDMARK ABSTRACT AGENCY, LLC

**COMES NOW**, Defendant Landmark Abstract Agency, LLC, by and through undersigned counsel of record, pursuant to Fed. R. Civ. P. 7, and files this Corporate Disclosure Statement.

Landmark Abstract Agency, LLC is a limited liability company organized under the laws of the State of New York. Each of Landmark Abstract Agency, LLC's individual members are citizens of the State of New York. No publicly held corporation owns ten percent (10%) or more of Landmark Abstract Agency, LLC.

DATED this 16th day of September 2022.

                                                            Respectfully submitted,

                                                            FRANKEL, RUBIN, KLEIN,

PAYNE & PUDLOWSKI, P.C.

*/s/ Mayer S. Klein*
MAYER S. KLEIN, #32605
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
T: (314) 725-8000
F: (314) 726-5837
mklein@frankelrubin.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*


**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane
    S. Joshua Kahane  (TN #23726)
                              (AR # 2021046)
                              (MS #102085)
                              (NJ # 371162021)
                              (NY #822883)
                              (TX #24094087)
                              (DC# 1742963)
*Missouri Pro Hac Vice Admission Forthcoming*
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

And

**GLANKLER BROWN, PLLC**

By: /s/Yosef E. Horowitz
    Yosef E. Horowitz  (TN #36353)
                              (NY #4201026)
*Missouri Pro Hac Vice Admission Forthcoming*

6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 576-1758
Fax: (901) 525-2389
jhorowitz@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and email and/or United States Mail, postage prepaid:

Andrew Funk
Funk Law LLC
1600 Genessee Street, Suite 860
Kansas City, MO 64102
andrew@frlawkc.com
*Attorneys for Plaintiffs*

      */s/ Mayer S. Klein*
      MAYER S. KLEIN