**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

---

**CAPE FEAR MULTIFAMILY, LLC,**

**and**

**ASTORIA ACQUISITION, LLC,**

**Plaintiffs,** **Case No: 4:22-cv-00595**

**vs.**

**ASTORIA OWNER, LLC,**
**MOSHE WEINGARTEN, an individual,**
**VALOR RESIDENTIAL GROUP, LLC,**
**LANDMARK ABSTRACT AGENCY, LLC, and**
**JACOB REKANT,**

**Defendants.**

---

## ENTRY OF APPEARANCE

---

COMES NOW, Mayer S. Klein, and the law firm of Frankel, Rubin, Klein, Payne & Pudlowski, P.C., and hereby enter their appearance on behalf of Defendants Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant. Please serve further notices to:

Mayer S. Klein
Frankel, Rubin, Klein, Payne & Pudlowski, P.C.
231 S. Bemiston Ave., Suite 1111
Clayton, Missouri, 63105
mklein@frankelrubin.com

DATED this 19th day of September 2022.

Respectfully submitted,

FRANKEL, RUBIN, KLEIN,
PAYNE & PUDLOWSKI, P.C.

*/s/ Mayer S. Klein*
MAYER S. KLEIN, #32605
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
T: (314) 725-8000
F: (314) 726-5837
mklein@frankelrubin.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane
S. Joshua Kahane (TN #23726)
(AR # 2021046)
(MS #102085)
(NJ # 371162021)
(NY #822883)
(TX #24094087)
(DC# 1742963)
*Missouri Pro Hac Vice Admission Forthcoming*
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

And

**GLANKLER BROWN, PLLC**

By: /s/Yosef E. Horowitz

Yosef E. Horowitz (TN #36353)
(NY #4201026)
*Missouri Pro Hac Vice Admission Forthcoming*
6000 Poplar Ave., Suite 400
Memphis, TN 38119
Phone: (901) 576-1758
Fax: (901) 525-2389
jhorowitz@glankler.com

*Attorneys for Astoria Owner, LLC, Moshe Weingarten, Valor Residential Group, LLC, Landmark Abstract Agency, LLC and Jacob Rekant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all parties by operation of the Court's ECF system.

*/s/ Mayer S. Klein*
MAYER S. KLEIN